**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PENNSYLVANIA EASTERN**

SEP 2 2022

To Whom It May Concern:

I am respectfully requesting letter(s) to send to the credit bureaus who are still reporting the below information on me and my wife's credit file to stop reporting. Also, as we are public servants, I am trying to remove our personal information from websites based on security reasons.

Thank you in advance for your cooperation,

Andrew & Jane Sobolusky
2629 E Vine St
Hatfield, Pa 19440

**13-13052-jkf** Andrew Clark Sobolusky and Jane Marian Sobolusky
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Jean K. FitzSimon
**Date filed:** 04/05/2013 **Date of last filing:** 03/05/2014
**Debtor discharged:** 02/10/2014 **Joint debtor discharged:** 02/10/2014
**Date terminated:** 03/05/2014

## Pending Statuses

| Status | Begin Date | Time in Status | # | Status Set By |
|---|---|---|---|---|
| Case Closed | 03/05/2014 | 2599 days | | Close Bankruptcy Case |